# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

In re

BRUCE A ANDERSON

Debtor(s).

Case No. 315-31775-PCM13

Confirmation hearing date: Jun 4, 2015

**TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

Wayne Godare, the Standing Chapter 13 Trustee Objects to Confirmation of the above case for the reason(s) set out below:

_____a. Plan is not feasible:

_____b. Case/Plan is not proposed in good faith or is forbidden by law:

_____c. Plan does not commit all of debtor's excess projected disposable income pursuant to 11 U.S.C. §1325(b)(1)(B) for the applicable commitment period:

_____d. Plan does not meet the best interest test of 11 U.S.C. §1325(a)(4):

**X** e. Filing/documentation is deficient: **as requested at the §341(a) hearing, please provide the Trustee with the following:**
   1. **A copy of the wage order filed with the Court; and**
   2. **Amended Schedules B and C to include the Debtor's life insurance policy.**

**X** f. Other: **as requested at the §341(a) hearing, please make the following changes to the Plan:**
   1. **¶2(b)(5) strike "NONE" and replace with "Worldmark by Wyndham (timeshare)";**
   2. **¶4 after "pay per the contract" add "paid by ex-spouse"; and**
   3. **¶6 strike the entry for "Worldmark by Wyndham" in its entirety.**

If within 7 days prior to the scheduled confirmation hearing, debtor fails to take all necessary steps to satisfy each objection marked above, the Trustee may, in his discretion, urge the court for an order dismissing the case without further notice.

I certify that on May 14, 2015, copies of the above Objection and Motion were served on the debtor(s) by first class mail and any debtor(s) attorney by ECF.

DATED: May 14, 2015

/s/ Wayne Godare, Trustee

ALEXZANDER C J ADAMS
(mm)